UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

David Maxwell

Write the full name of each plaintiff.

23 cv 03563

(Include case number if one has been assigned)

-against-

The City of New York et al.
Sergeant Howard Moth, New York City Police Dpt.
Officer Fatmir Yvcetovic, New York City Police Dept.
EMS Gerald Carr, Fire Dept. New York

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☑ Yes    ☐ No

RECEIVED
JUL 18 2023
PRO SE OFFICE

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

□ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

This cause of action is defined by the Fourteenth Amendment

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, David Maxwell , is a citizen of the State of
(Plaintiff's name)

New York

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
　　　　　　　　(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

David _____ Allen _____ Maxwell _____
First Name　　　　　　Middle Initial　　　　Last Name

3917 Duryea Avenue _____
Street Address

Bronx _____ New York _____ 10466 _____
County, City　　　　　　　　　State　　　　　　　Zip Code

347 255 1089 _____ dmaxcars62@gmail.com _____
Telephone Number　　　　　　　Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:   The City of New York et al.
First Name                              Last Name
Law Department
Current Job Title (or other identifying information)
100 Church Street
Current Work Address (or other address where defendant may be served)
New York                    N.Y.              10007
County, City                         State                    Zip Code

Defendant 2:   Howard              Moth
First Name                              Last Name
Sergeant New York Police Department
Current Job Title (or other identifying information)
4111 Laconia Avenue
Current Work Address (or other address where defendant may be served)
Bronx                    New York            10466
County, City                         State                    Zip Code

Defendant 3:   Fatmir              Vrcetovic
First Name                              Last Name
Officer New York Police Department
Current Job Title (or other identifying information)
4111 Laconia Avenue
Current Work Address (or other address where defendant may be served)
Bronx                    New York            10466
County, City                         State                    Zip Code

Defendant 4:    Gerald      Carr   Badge No 45586
               First Name          Last Name

EMS, Fire Department New York
Current Job Title (or other identifying information)

9 Metro Tech Center
Current Work Address (or other address where defendant may be served)

Brooklyn      New York      11201
County, City          State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: 3917 Duryea Avenue, Bronx NY 10466

Date(s) of occurrence: May 4 2021

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Upon calling 911 for assistance, Officer Fatmir Vcetovic arrived at my house with Sergeant Howard Moth and EMS Gerald Carr in response to my claims of assault, I was assault by my wife with a pot of boiling oil, which she threw on me causing a third degree burn to my left outer forearm while Officer Vcetovic was interviewing my wife I was sitting in my backyard with Sergeant Moth explaining my claims, while EMS Carr repeatedly stated "do you need treatment", I responded "yes", and even though EMS Carr was working with the authority of the city of New York, he failed to treat my injuries. After about 20 minutes, Officer Vcetovic came out of my apartment

and stated "Sgt. we are going to have to put one under", Sergeant Moth then stated, "ugh her", and Officer Vicetovic stated, "No him" and I was then handcuffed and arrested for assault, strangulation and harassment by Officer Vicetovic and Sergeant Moth while working for the City of New York Police Department authority. One year later on May 5 2022, I was aquitted by a jury after a trial of all charges.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

My outer left forearm had third degree oil burn which caused severe pain and a permanent scare due to EMS Gerald Carr failure to administer treatment as authorized by his positions of being the responding medical personal.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

$ 1,000,000 Compensatory Damages
$ 1,000,000 Punitive Damages

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| _July 18 2023_ | _David Maxwell_ |
| Dated | Plaintiff's Signature |
| _David_   _A_ | _Maxwell_ |
| First Name       Middle Initial | Last Name |
| _3917   Duryea Avenue_ | |
| Street Address | |
| _Bronx_ | _NY_   _10466_ |
| County, City | State       Zip Code |
| _347 255 1089_ | _dmaxcars63@gmail.com_ |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

>    If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.