**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
DAVID MAXWELL,                                        :
                                                      :
                Plaintiff,        :      23-CV-3563 (JPC) (OTW)
                                                      :
                -against-        :      **ORDER**
                                                      :
CITY OF NEW YORK, et al.,                             :
                                                      :
                Defendants.      :
------------------------------------------------------------x

       **ONA T. WANG**, **United States Magistrate Judge**:

       The Court held an Initial Case Management Conference on January 10, 2024. As discussed at the conference, Defense counsel is directed to provide email information to *pro se* Plaintiff to allow him to effectuate email service as soon as possible. To the extent Plaintiff's time to serve any of the named Defendants has run, the time to serve is **EXTENDED** *nunc pro tunc* **until Friday, February 9, 2024**. The Court reminds Defendant City of New York that the purpose of service is to provide notice, and the City is clearly on notice of Plaintiff's case.

       Defendants' answer is due **by March 8, 2024**. Discovery will close on **May 10, 2024**. Defendants are cautioned that the Court is unlikely to extend this deadline without good cause shown. The parties are directed to meet and confer regarding whether a referral to the Court's mediation program might be productive.

       The Court will hold an in-person Status Conference on **March 12, 2024, at 12:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

Defense counsel is directed to provide a copy of this Order to *pro se* Plaintiff.

**SO ORDERED.**

Dated: January 10, 2024
New York, New York

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge