**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
DAVID MAXWELL,

             Plaintiff,                                       23-CV-3563 (JPC) (OTW)

         -against-                                     **ORDER**

CITY OF NEW YORK, et al.,

            Defendants.
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a status conference in this matter on Tuesday, March 12, 2024. The parties are each directed to file a status letter on **April 12, 2024**. In their letters, the parties will (1) provide an update regarding the progress of discovery, and (2) inform the Court whether the parties have reevaluated whether mediation may be productive.

Defense counsel is directed to provide a copy of this Order to *pro se* Plaintiff.

**SO ORDERED.**

Dated: March 12, 2024
New York, New York

                                                         */s/ Ona T. Wang*
                                                         **Ona T. Wang**
                                              United States Magistrate Judge