UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

DAVID MAXWELL,

            Plaintiff,

           -against-

CITY OF NEW YORK, et al.,

           Defendants.

------------------------------------------------------------x

23-CV-3563 (JPC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

Discovery in this action is closed, and the parties report that mediation was unsuccessful. Accordingly, the parties are directed to meet and confer and file a joint status letter on the docket by **Friday, March 28, 2025**, identifying next steps. If either party intends to move for summary judgment, the parties' letter should include a proposed briefing schedule.

Counsel for Defendants is further directed to serve a copy of this Order on *pro se* Plaintiff.

**SO ORDERED.**

Dated: March 17, 2025
       New York, New York

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge