**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
DAVID MAXWELL,                            :
                                          :
             Plaintiff,        :    23-CV-3563 (JPC) (OTW)
                                          :
             -against-        :    **ORDER**
                                          :
CITY OF NEW YORK, et al.,                 :
                                          :
             Defendants.       :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF 46.

The Court adopts the parties' proposed briefing schedule for their anticipated motions for summary judgment. Accordingly, the following briefing schedule will apply:

- Defendants' motion for summary judgment is due **Friday, May 2, 2025**;

- Plaintiff's opposition to Defendants' motion, and his own cross-motion for summary judgment, is due **Monday, June 2, 2025**;

- Defendants' reply on their motion for summary judgment, and opposition to Plaintiff's cross-motion, is due **Monday, June 23, 2025**; and

- Plaintiff's reply on his cross-motion is due **Monday, July 14, 2025**.

The Court also clarifies that it has **not** received the *ex parte* communication from Plaintiff referenced in the parties' letter at ECF 46, or any other *ex parte* communication from either party, by email, postal mail, or otherwise.

2

Counsel for Defendants is directed to serve a copy of this Order on *pro se* Plaintiff.

**SO ORDERED.**

Dated: April 2, 2025
New York, New York

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge