UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DAVID MAXWELL,

            Plaintiff,

            -against-

CITY OF NEW YORK, et al.,

            Defendants.
------------------------------------------------------------x

23-CV-3563 (JPC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

It has come to the Court's attention that both parties intend to submit video and/or telephonic evidence in support of their cross-motions for summary judgment. (*See* ECF Nos. 53, 54). The parties are directed to meet and confer and file a joint letter on the docket by **Friday, June 27, 2025**, indicating: (1) what video and/or telephonic exhibits they each intend to submit; and (2) what overlap there is, if any, between their intended submissions. If the exhibits are the same, the Court will only require **one copy** from both parties.

Counsel for Defendants is directed to serve a copy of this Order on *pro se* Plaintiff.

**SO ORDERED.**

Dated: June 10, 2025
New York, New York

                                      */s/ Ona T. Wang*
                                      **Ona T. Wang**
                              United States Magistrate Judge