UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
DAVID MAXWELL,                                    :
                                                  :
               Plaintiff,       :         23-CV-3563 (JPC) (OTW)
                                                  :
               -against-       :         **ORDER**
                                                  :
CITY OF NEW YORK, et al.,                         :
                                                  :
               Defendants.      :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF 62.

Accordingly, counsel for Defendants is directed to email Chambers by **Friday, June 27, 2025**, copying *pro se* Plaintiff, to arrange for access to the Court's official file transfer service.

Counsel for Defendants is directed to serve a copy of this Order on *pro se* Plaintiff.

**SO ORDERED.**

Dated: June 25, 2025                              /s/ Ona T. Wang
      New York, New York                       **Ona T. Wang**
                                               United States Magistrate Judge