**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

DAVID MAXWELL,                                   :
                                                 :
                         Plaintiff,              :          23-CV-3563 (JPC) (OTW)
                                                 :
          -against-                              :          **ORDER**
                                                 :
CITY OF NEW YORK, et al.,                         :
                                                 :
                         Defendants.             :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

It has come to the Court's attention that the video exhibits submitted by the parties in support of their cross-motions for summary judgment are no longer available for the Court's review on its file sharing service.

Accordingly, Defendants are directed to meet and confer with Plaintiff and file a letter on the docket no later than February 2, 2026, confirming that all video exhibits from both parties have been uploaded to the Court's file server. The parties should refer to the Court's prior email for instructions on accessing the server, but may email chambers, copying the opposing party, to request a new link and password, if required.

          **SO ORDERED.**

Dated: January 29, 2026                          /s/ Ona T. Wang
          New York, New York                     **Ona T. Wang**
                                                 United States Magistrate Judge