**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

DAVID MAXWELL,                      :
                                    :
               Plaintiff,           :          23-CV-3563 (JPC) (OTW)
                                    :
        -against-                   :          **ORDER**
                                    :
CITY OF NEW YORK, et al.,           :
                                    :
               Defendants.          :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

As discussed in the Report and Recommendation, (ECF 73), the parties in this case brought cross-motions for summary judgment on all claims, which were both fully briefed by June 23, 2025. (*See* ECF Nos. 48-52, 55-58, 60, 61). Plaintiff filed a sur-reply on July 14, 2025, (ECF 64), which Defendants moved to strike as procedurally improper. (ECF 65). For the reasons discussed in the Report and Recommendation, (ECF 73), Defendants' motion is **DENIED AS MOOT**.

Defendants are directed to serve a copy of this Order on *pro se* Plaintiff by First Class Mail at his last known address and to file proof of such service on the docket by February 23, 2026.

The Clerk of Court is respectfully directed to close ECF 65.

**Respectfully submitted,**

                                              /s/ Ona T. Wang
Dated: February 20, 2026                      **Ona T. Wang**
       New York, New York                     United States Magistrate Judge