UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                    :
DAVID MAXWELL,                                                      :
                                                                    :
                                    Plaintiff,                      :
                                                                    :                23 Civ. 3563 (JPC) (OTW)
            -v-                                                     :
                                                                    :                        ORDER
CITY OF NEW YORK, *et al.*,                                         :
                                                                    :
                                    Defendants.                     :
                                                                    :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On February 19, 2026, the Honorable Ona T. Wang issued a Report and Recommendation that recommended granting Defendants' motion for summary judgment and denying Plaintiff's motion for summary judgment. Dkt. 73 ("R&R") at 21-22. Citing 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), Judge Wang stated that the parties shall have fourteen days from service of the Report and Recommendation to file written objections and warned that failure to do so will result in a waiver of objections and preclude appellate review. *Id.* at 22. Plaintiff has consented to electronic service of Court filings, and the docket reflects service of the Report and Recommendation on Plaintiff by electronic means on February 20, 2026. Dkt. 3. In addition, Judge Wang directed Defendants to serve a hard copy of the Report and Recommendation on Plaintiff by mail. R&R at 23. Counsel for Defendants advised the Court that he mailed the Report and Recommendation on Plaintiff on March 2, 2026. Dkt. 75.

To avoid any confusion, the Court extends the parties' deadline to object to the Report and Recommendation until March 9, 2026. The Court will not grant any further extensions. Failure to object by that date will result in a waiver of objections and preclude appellate review. *See Frank v. Johnson*, 968 F.2d 298, 300 (2d Cir. 1992).

SO ORDERED.

Dated: March 4, 2026
New York, New York

_____
JOHN P. CRONAN
United States District Judge

2

**DEFENDANTS AND SERVICE ADDRESSES**

1.      Sergeant Howard Moth
        New York City Police Department
        4111 Laconia Avenue
        Bronx, NY 10466

2.      Officer Fatmir Vucetovic
        New York City Police Department
        4111 Laconia Avenue
        Bronx, NY 10466