UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                           :

DAVID MAXWELL,                         :

               Plaintiff,       :

                         :        23 Civ. 3563 (JPC)

     -v-                    :

                         :         ORDER

STATE OF NEW YORK *et al.*,      :

                         :

             Defendants.     :

                         :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Plaintiff's objection to Judge Wang's Report and Recommendation was placed on the docket on March 6, 2026.  Dkt. 77.  To avoid any ambiguity, Defendant's deadline to respond to the objection is March 20, 2026.

SO ORDERED.

Dated: March 9, 2026
       New York, New York

                                    JOHN P. CRONAN
                           United States District Judge