# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

DAVID MAXWELL,

                            Plaintiff,                    23 **CIVIL** 3563 (JPC) (OTW)

          -against-                            **<u>JUDGMENT</u>**

 CITY OF NEW YORK, et al.,

                         Defendants.

-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2026, the Court adopts the Report and Recommendation in full. Defendants' motion for summary judgment is granted, and Plaintiff's motion for summary judgment is denied; accordingly, the case is closed.

**Dated:** New York, New York

      March 31, 2026

                                     **TAMMI M. HELLWIG**

                                     **Clerk of Court**

                  **BY:**

                                 **Deputy Clerk**